UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-10005-CR-KMM/LSS

UNITED STATES OF AMERICA

vs.

JIELUN ZHANG,

    **Defendant.**

_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida and the defendant, Jielun Zhang (hereinafter "ZHANG" or the defendant), personally and through his counsel, stipulate and agree that the information stated herein is true and accurate and a sufficient basis for the defendant's plea of guilty to a violation of Title 18, United States Code, Section 795, as charged in this case. Had this case proceeded to trial, the defendant stipulates and agrees that the United States would have proven the facts alleged below beyond a reasonable doubt:

    1.    Naval Air Station ("NAS") Key West, Sigsbee Park Annex (hereinafter "Sigsbee Annex"), and NAS Key West, Trumbo Point Annex (hereinafter "Trumbo Point Annex"), are each located in Monroe County, in the Southern District of Florida. Both are vital military and naval installations, within the scope of Title 18, United States Code, Section 795, administered and secured by the Department of the Navy. Access to both Sigsbee Annex and Trumbo Point Annex is restricted and photography of either installation is prohibited unless the installation's commanding officer or other higher authority grants such permission.

    2.    On January 4, 2020, ZHANG, along with Yuhao Wang (hereinafter "WANG") – both Chinese nationals who speak, read, and understand English – drove to Sigsbee Annex in a

rented sedan. The entrance to the Sigsbee Annex installation contained signs posting warnings such as "NO TRESSPASSING" and "AUTHORIZED PERSONNEL ONLY" and a picture of a camera contained within a circle with a line overtop to indicate no photography.

3. WANG and ZHANG spoke with the uniformed U.S. Navy Security Forces Master at Arms, who was posted at the entrance gate. The gate was at the beginning of a long, thin strip to drive onto Sigsbee Annex. WANG and ZHANG asked to go into the naval base and the Master at Arms stated they could not unless they had valid military identification. When the pair stated they did not have military identification, the Master at Arms told WANG and ZHANG they were not authorized to enter Sigsbee Annex. She then ordered them to make a U-turn and gave instructions to do so verbally and with hand gestures. In accordance with security protocol, she asked to hold a driver's license as a safeguard and reiterated that they must make a U-turn.

4. Rather than comply with the Master at Arms' order, the pair did not make a U-turn, but instead, WANG drove the car onto Sigsbee Annex without authorization. The Master at Arms requested assistance from Navy Security Forces, as well as local police, to locate the pair on the restricted access facility. The pair was on the installation for approximately 20 minutes, and both WANG and ZHANG each took photographs of military and naval infrastructure. They each possessed a cellular telephone equipped with a camera and ZHANG also possessed a digital Nikon camera. ZHANG used his digital Nikon camera to take the digital photograph with the file title: _DSC7369 (as set forth in Count 3 of the Indictment). This JPEG file captured images of portions of Sigsbee Park Annex as well as buildings and property on Trumbo Point Annex.

5. At no time, to include, but not limited to, January 4, 2020, did either WANG or ZHANG ever obtain permission from the NAS Key West, Sigsbee Park Annex and Trumbo Point

Annex, commanding officer, and/or any higher authority, to enter or photograph either Sigsbee Annex or Trumbo Point Annex.

6. WANG and ZHANG were eventually detained and then arrested while still on Sigsbee Annex. The digital devices they possessed were recovered. Navy Security Forces were given permission by WANG and ZHANG to review their digital devices, and the security officials deleted photographs from WANG's telephone depicting the military installation. The photograph _DSC7369 was forensically recovered from ZHANG's camera memory card and was not deleted.

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 2/27/2020

By: _____
Jonathan Kobrinski, AUSA

Date: 3/2/20

By: _____
Hector Flores, Attorney for Defendant

Date: 3/2/20

By: _____
Jielun Zhang, Defendant

3