UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-10005-MOORE/SNOW

UNITED STATES OF AMERICA

vs.

YUHAO WANG and
JIELUN ZHANG,

    Defendants.
_____/

## GOVERNMENT'S SENTENCING MEMORANDUM AND MOTION FOR AN UPWARD VARIANCE

The defendants, YUHAO WANG and JIELUN ZHANG, nationals of China, each pled guilty to one count of illegally photographing a military installation, in violation of Title 18, United States Code, Section 795.  ECF Nos. 49-50.  Five other counts of the same crime, as well as their violation of unlawfully entering a military installation for the purpose of photographing it, in violation of Title 18, United States Code, Section 1382, were dismissed pursuant to their respective plea agreements. ECF Nos. 45-46.  Each of the crimes charged constitute misdemeanor offenses, however, the nature and circumstances of the offenses are aggravated.   In balancing the factors to be considered under 18 U.S.C. § 3553(a), the United States respectfully submits that upward variances are appropriate.

This offense involves the intrusion by foreign nationals onto a secure military facility for the purpose of taking photographs.  The defendants each took illegal photographs while on the installation, though as documented in the pre-sentence investigation reports ("PSI"), the photographs defendant WANG took were deleted by Naval Security Forces after they were initially caught trespassing. See PSI ¶ 13.

It should be noted that in a recent case involving trespass and illegal photography on a

nearby military installation, the defendant was sentenced to the statutory maximum, following a similar plea agreement. See *United States vs. Zhao Qianli*, case no. 18-10035 (S.D. Fla. 2018).

An upward variance is necessary to promote general deterrence, reflect the seriousness of the offense, promote respect for the law, and to arrive at an overall just sentence for the offense of conviction. Based on the investigation, and the statements made by the defendants at arrest — documented in the PSI, the factual proffers, and in investigative reports — WANG's respective culpability is less than ZHANG. The government respectfully submits to reflect their respective culpability, that ZHANG should be sentenced to 12 months' imprisonment, and that WANG should be sentenced to 9 months' imprisonment.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:   */s Jonathan Kobrinski*
JONATHAN KOBRINSKI
Assistant United States Attorney
Court ID No. A5501893
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9074
jonathan.kobrinski@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver notices of electronic filing to all counsel of record.

*/s Jonathan Kobrinski*
JONATHAN KOBRINSKI
Assistant United States Attorney