UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-10005-CR-MOORE

UNITED STATES OF AMERICA,
    Plaintiff,
v.

JIELUN ZHANG,
    Defendant.
_____/

**NOTICE OF FILING LETTERS**

Comes Now, Jielun Zhang by counsel Hector L. Flores and files the instant Notice of Filing Letters along with attached letters that are relevant for sentencing in this matter.

Respectfully submitted,

BY:  /s/ *Hector L. Flores*
       Hector L. Flores
       Fla. Bar No. 0633755
       Court House Center, Penthouse 1
       40 North West 3rd Street
       Miami, FL 33131
       Tel: (305) 374-3998
       Fax: (305) 374-3985
       hectorflores@barzeeflores.com

1

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Hector L. Flores
Hector L. Flores
