**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 4:20-cr-10005-KMM-2

UNITED STATES OF AMERICA,

v.

JIELUN ZHANG,

      Defendant.

                                         /

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE was referred to the Honorable Lurana S. Snow, United States Magistrate Judge, for a Report and Recommendation ("R&R") (ECF No. 80) as to the reasonableness of Defense Counsel, Hector Flores' CJA voucher for his representation of Defendant Jielun Zhang: CJA Voucher No. 113C.1049786 requesting, as adjusted, $16,999.52 as payment for attorney's fees and expenses pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A in case number 4:20-cr-10005-KMM-2.   Magistrate Judge Snow recommends awarding Mr. Flores the full amount of the adjusted attorney's fees and expenses.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.  28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(a).

As set forth in the R&R, Magistrate Judge Snow finds that the time spent for legal work as reflected on the CJA Voucher is reasonable.  R&R at 2.  Further, Magistrate Judge Snow finds that the time billed for travel, travel expenses, and other expenses were reasonable because in addition to court hearings and time spent meeting with counsel, Defendant Zhang was debriefed by Government representatives on three occasions in Key West, Florida, which required Mr. Flores to travel there on multiple occasions. *Id.*  Thus, Magistrate Judge Snow recommends that although

the case exceeded the maximum compensation allowable for misdemeanors at the trial level, the high cost of travel to Key West, Florida in conjunction with the unusual complexity of the potential espionage case warrants the award of the full adjusted attorney's fees and expenses. This Court agrees.

Accordingly, UPON CONSIDERATION of the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Report (ECF No. 80) is ADOPTED. Counsel shall be awarded $16,999.52 as fair compensation for representing Defendant in the above-captioned case.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of August, 2020.

K. M. Moore

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record